UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SWINSON

V.

DET. RABAH, ET AL
------------------------------------------------------------X

USDS
DOC
ELECTRONICALLY FILED

7/7/08

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 Civ. 5921 (LAK)(DFE)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

_X_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

___ Habeas Corpus

___ Social Security

_X_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

_____

All such motions: ___

* Do not check if already referred for general pretrial.   EATON

SO ORDERED.

DATED:   New York, New York
         7/7/08

United States District Judge