USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/08

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x
RANDY SWINSON,
                          Plaintiff,        08 Civ. 5921(LAK)(DFE)

                                            This is not an ECF case

          - against -                       MEMORANDUM AND ORDER

DET. RABAH, 6th Pct.,
DET. NUMSSEN, 6th Pct.,
DET. GORDON, 6th Pct.,
DET. RUIZ, 6th Pct., and
POM ORTIZ, 6th Pct.,
                          Defendants.
-----------------------------------------x
```

DOUGLAS F. EATON, United States Magistrate Judge.

    1.  District Judge Lewis A. Kaplan has referred this case to me to conduct general pretrial supervision, and to send him a report and recommendation on any dispositive motions. Until further order, the parties should address all correspondence to me, with no copy to Judge Kaplan.

    2.  A review of the Court records indicates that the complaint was filed on June 30, 2008, and there is no proof that the summons and complaint have been served upon any of the defendants. Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint [i.e., by October 28, 2008], the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period...

    3.  I direct Mr. Swinson to complete all action needed for formal service of the summons and complaint upon each defendant. For this purpose, plaintiff must fill out the forms provided by this Court's Pro Se Office and forward them to the U.S. Marshal. If plaintiff needs more forms, he should request them from the Pro Se Office.

USDC SDNY
DATE SCANNED 8/6/08 /H

    4.  If Mr. Swinson does not, by October 28, 2008, send me proof of service or good reasons for failure to make service, then I will recommend that the District Judge dismiss this lawsuit as to any unserved defendant.

    5.  As soon as any defendant has been served, plaintiff must write to me within 30 days to tell me which defendant has been served.

    6.  Mr. Swinson is required to give prompt written notice, to both the Pro Se Office and my chambers, about any change of address.  Failure to do so may result in a dismissal of the lawsuit.

    7.  The address of the Pro Se Office is Room 230, United States Courthouse, 500 Pearl Street, New York, NY 10007, and their telephone number is (212) 805-0175.  They can provide assistance in connection with the Court's procedures, but they can not give legal advice.

```
                          _____
                          DOUGLAS F. EATON
                          United States Magistrate Judge
                          500 Pearl Street, Room 1360
                          New York, New York 10007
                          Telephone: (212) 805-6175
                          Fax: (212) 805-6181
```

Dated:     New York, New York
           August 5, 2008

Copies of this Memorandum and Order are being sent by mail to:

Randy Swinson
349-08-07065
Manhattan Detention Center
125 White Street
New York, NY 10013

Pro Se Office
U.S. District Courthouse
500 Pearl Street, Room 230
New York, NY 10007

Hon. Lewis A. Kaplan